IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GREGORY LUCAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLY HILLENBRAND, et al.,<br><br>    Defendants. | CV 25-24-BU-DWM<br><br><br>ORDER |

On November 12, 2025, Defendant Amergis Maxim Healthcare Staffing Services, Inc. f/k/a Maxim Healthcare Staffing, Inc. ("Maxim Healthcare") moved for judgment on the pleadings. (Doc. 36.) On November 17, 2025, Defendant Sunbelt Staffing, LLC joined this motion. (Doc. 40.) On this same day, Plaintiff Gregory Lucas filed an Amended Complaint. (Doc. 41.) Because "an amended pleading supersedes the original pleading," *Koala v. Khosla*, 931 F.3d 887, 895 (9th Cir. 2019),

IT IS ORDERED that Maxim Healthcare's motion, (Doc. 36.), is DENIED as MOOT. Maxim Healthcare must answer the Amended Complaint or once again

1

move for judgment on the pleadings by the deadline provided in Rule 12 of the Federal Rules of Civil Procedure.

DATED this 18th day of November, 2025.

                                    Donald W. Molloy, District Judge
                                    United States District Court